UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>           Petitioner,<br><br>   v.<br><br>KATHLEEN HAWK SAWYER, *et al.*,<br><br>           Respondents. | Case No. 1:19-cv-01329-JDP<br><br>ORDER DENYING PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

      Petitioner Jehu Hand, a state prisoner proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On September 23, 2019, petitioner moved to proceed in forma pauperis. ECF No. 2. Because petitioner has failed to show that he is unable to pay the $5.00 habeas corpus petition filing fee, I deny his motion to proceed in forma pauperis.

      Pursuant to 28 U.S.C.S. § 1915(a), a petitioner may commence an action without paying the filing fees by submitting an affidavit that shows that he lacks sufficient funds. The petitioner must show that he cannot "because of his poverty pay or give security for the costs and still be able to provide himself and dependents with the necessities of life." *Ogunsalu v. Nair*, 117 F. App'x 522, 523 (9th Cir. 2004) (quoting *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339 (1948)).

      Petitioner, in his application to proceed in forma pauperis, states that he has $16,400.00 in assets, an average monthly balance of $42.37 in his prison account, and average monthly deposits

1

of $223.38 into his prison account.  In light of petitioner's declared assets and income, I find that paying the $5.00 habeas corpus petition filing fee will not cause him to be unable to provide for himself and his dependents.  Petitioner is ordered to pay the filing fee within thirty days of entry of this order.

IT IS SO ORDERED.

Dated:     October 31, 2019                              _____
                                                         UNITED STATES MAGISTRATE JUDGE

No. 206