1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JEHU HAND,                                Case No.   1:19-cv-01329-JDP

12                      Petitioner,               ORDER GRANTING PETITIONER'S
                                                  MOTION FOR AN ORDER TO SHOW
13              v.                                CAUSE

14      KATHLEEN HAWK SAWYER, *et al.*,           ECF No. 14

15                      Respondents.              ORDER TO SHOW CAUSE

16                                                RESPONSE DUE WITHIN 30 DAYS

17

18          Petitioner Jehu Hand, a federal prisoner without counsel, seeks a writ of habeas corpus

19   under 28 U.S.C. § 2241. ECF No. 1.  On March 16, 2020, we ordered respondents to respond to

20   the petition within 60 days of the date of service of that order.  ECF No. 9.  To date, respondents

21   have not filed a response to the petition.  On June 16, 2020, petitioner moved this court to order

22   the respondents to show cause why they have not responded to the petition.  ECF No. 14.

23   Respondents filed no opposition to this motion.  Because the respondents have not responded to

24   the petition and the time for doing so has passed, we will grant petitioner's motion.  Accordingly,

25   respondents are ordered to show cause why they have not responded to the petition, and

26   furthermore are ordered to respond to the petition within 30 days of the date of service of this

27   order.

28

                                                1

1

2    IT IS SO ORDERED.

3

    Dated:    July 8, 2020
4                                                    UNITED STATES MAGISTRATE JUDGE

5

6    No. 206.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28