UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>KATHLEEN HAWK SAWYER, *et al.*<br><br>　　　　　　　Respondents. | No. 1:19-cv-01329-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND CLOSE CASE<br><br>(Doc. Nos. 1, 31) |

　　　　Petitioner Jehu Hand is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 25, 2021, the assigned magistrate judge issued findings and recommendations recommending that the petition be dismissed because the court lacks jurisdiction to review petitioner's designated assignment by the U.S. Bureau of Prisons (BOP) and that petitioner had failed to establish that the BOP had acted contrary to established federal law, violated the Constitution or exceeded its statutory authority in denying petitioner a community confinement designation.  (Doc. No. 31.)  The pending findings and recommendations were served on petitioner at his address of record and contained notice that any objections thereto were to be filed within thirty (30) days of service.  (*Id*. at 7.)  Petitioner has filed no objections and the time for doing so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 26, 2021 (Doc. No. 31), are adopted in full;
2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed, and;
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close the case.

IT IS SO ORDERED.

Dated: **September 30, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE